UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO MARTIN,<br>  Plaintiff, | § § § | |
| v. | § | No. 3:12-CV-5237-B |
| | § | |
| CAROLYN W. COLVIN, Commissioner of the<br>Social Security Administration,<br>  Defendant. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Antonio Martin's Motion for Leave to Proceed *In Forma Pauperis* (doc. 2) is **DENIED** pursuant to 28 U.S.C. § 1915.[1]

**SO ORDERED** this 19th day of March, 2013.

                _____
                JANE J. BOYLE
                UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff paid the requisite $350.00 filing fee on February 4, 2013.