UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO MARTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:12-CV-5237-B (BF) |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation ("FC&R") on an appeal from the decision of the Commissioner of the Social Security Administration (the "Commissioner") denying Plaintiff Antonio Martin's claim for disability insurance benefits under Title II of the Social Security Act. The FC&R recommends affirming the Commissioner's final decision. After conducting a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) of the pleadings, files, and records in this case, as well as the FC&R, the Court is of the opinion that the FC&R are correct and they are accepted as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 19, 2014 are hereby **ADOPTED**. The final decision of the Commissioner is **AFFIRMED** for the reasons stated in the Magistrate Judge's Findings, Conclusions, and Recommendation.

SO ORDERED.

DATED: SEPTEMBER 5, 2014

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE